Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Carmin Iacullo, appellant. Gen. No. 28,601.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Joe Ferrone, appellant. Gen. No. 28,602.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. D. Catena, appellant. Gen. No. 28,603.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. M. Palumbo, appellant. Gen. No. 28,604.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. M. and G. Palumbo, also known as Mike and Jim Palumbo, appellants. Gen. No. 28,605.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. T. Segredo, appellant. Gen. No. 28,606.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding.